| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | PJH 9510 |
| **EASTERN DISTRICT OF NEW YORK** | Tax ID No. 11 3178696 |

In re:

EDUARD VERNIK, and                     Bankr. Case No.: 1-14-42417-NHL
OKSANA VERNIK,

        Chapter 7

        Debtors.

---

OKSANA VERNIK,                          Adv. Proc. No.: 14-01223

        Plaintiff,

v.

SALLIE MAE, INC.,                       **CERTIFICATE OF SERVICE**
CORNERSTONE DEPARTMENT
OF EDUCATION, and
LONG ISLAND UNIVERSITY,

        Defendants.

---

    I, the undersigned, do hereby certify that I am over 18 years of age and not a party to the matter concerning which service was accomplished. I further certify that on the 20th day of January, 2015, I served by first class United States mail, postage prepaid, a true and correct copy of the following documents:

**NAVIENT SOLUTIONS, INC.'S
FIRST SET OF INTERROGATORIES**

**NAVIENT SOLUTIONS, INC.'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS**

**NAVIENT SOLUTIONS, INC.'S
FIRST SET OF REQUESTS FOR ADMISSION**

**NAVIENT SOLUTIONS, INC.'S DISCLOSURES PURSUANT
TO BANKRUPTCY RULE 7026 AND FED.R.CIV.P. 26(a)(1)**

**EXHIBIT A**

upon the following persons:

>   Alla Kachan
>   415 Brighton Beach Avenue
>   2nd Floor
>   Brooklyn, NY 11235

>                   By:   */s/ Paul J. Hooten*
>                         Paul J. Hooten, Esquire
>                         PAUL J. HOOTEN & ASSOCIATES
>                         5505 Nesconset Highway, Suite 203
>                         Mt. Sinai, NY  11766
>                         Telephone: (631) 331-0547
>                         Facsimile: (631) 331-2627
>                         E-mail:   pjhooten@mindspring.com
>                         Attorneys for Navient Solutions, Inc.

**EXHIBIT A**