**BECKET & LEE** LLP
ATTORNEYS AT LAW

16 GENERAL WARREN BOULEVARD
P.O. BOX 3001
MALVERN, PA 19355

(610) 644-7800
FACSIMILE (610) 993-8493
E-MAIL cpfaff@becket-lee.com

SENDER'S EXT. 2225

THOMAS A. LEE, III *◻
SANDRA K. CURTIN *
WILLIAM J. BECKET

ALANE A. BECKET *
JOHN D. SHEEHAN *
GILBERT B. WEISMAN *◻

KENNETH W. KLEPPINGER *
NATALIE M. MC GHEE *
WILLIAM A. MC NEAL *
DAWN S. OSMAN *
LAUREN WOZNIAK NAYLOR

MARGARET E. SCHIAVONE *
MICHELLE L. MC GOWAN *
CRYSTAL J. OSWALD *
CHRISTOPHER R. PFAFF *

\* ALSO MEMBER NJ BAR
◻ ALSO MEMBER FL BAR
• ALSO MEMBER CA BAR

March 6, 2015

**VIA FIRST CLASS MAIL & E-MAIL (alla@kachanlaw.com)**
Alla Kachan, Esquire
415 Brighton Beach Avenue
2nd Floor
Brooklyn, NY 11235

RE:   Oksana Vernik v. Navient f/k/a Sallie Mae, et al.
       Adversary Case No.: 1-14-01223-nhl

Dear Ms. Kachan:

This office, along with our local counsel, Paul Hooten, represents Navient Solutions, Inc. f/k/a Sallie Mae, Inc. in the above-referenced adversary proceeding. I am sending this letter in an effort to resolve a discovery issue prior to seeking court intervention.

As you know, Navient's First Set of Interrogatories, First Request for Admissions and First Request for Production of Documents were served upon you on or about January 20, 2015. As such, your client's responses were due on or about February 19, 2015. To date, an extension has not been requested or granted. If you need additional time to respond to the discovery requests please let me know and any such request will be considered. Otherwise, please provide responses within the next ten (10) days. In the event no responses are received and no extension to respond is sought or agreed upon, Navient may be forced to seek the court's assistance in compelling the Plaintiff to respond to the discovery requests.

If you wish to discuss this matter further, please do not hesitate to contact me.

Thank you.

Very truly yours,
BECKET & LEE LLP

By: _____
Christopher R. Pfaff

CRP/keo
cc: Paul J. Hooten, Esquire (pjhooten@mindspring.com)

**EXHIBIT B**