Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
415 Brighton Beach Avenue, Second Floor
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                      Case No. 1-14-42417-NHL
    EDUARD VERNIK and
    OKSANA VERNIK

                Debtors.
----------------------------------------------------------X
OKSANA VERNIK,
                Plaintiff,                              Adv. Pro. No. 1-14-01223-NHL
-vs-

SALLIE MAE INC.,
CORNERSTONE DEPARTMENT OF
EDUCATION, and LONG ISLAND
UNIVERSITY,

                Defendants.
----------------------------------------------------------X

## STIPULATION TO DISMISS ADVERSARY PROCEEDING

Alla Kachan, Esq., Attorney for Plaintiff Oksana Vernik, and Douglas M Fisher, Esq., Attorney for Defendant New Jersey Higher Education Student Assistance Authority, and Paul J. Hooten, Esq. Attorney for Defendant Navient Solutions, Inc. f/k/a Sallie Mae, Inc., hereby stipulate to the dismissal without prejudice of this adversary proceeding pursuant to Rule 41(a) of the Federal Rules of Civil Procedure made applicable in this adversary proceeding by Bankruptcy Rule 7041, to be so ordered by the court.

| | |
|---|---|
| Dated: May __, 2015 | _____<br>Alla Kachan, Esq.<br>Attorney for Plaintiff<br>Law Offices of Alla Kachan, P.C.<br>415 Brighton Beach Avenue, Second Floor |

|  | Brooklyn, NY 11235<br>Tel.: (718) 513-3145 |
|---|---|
| Dated: May 11, 2015 | *[signature]*<br><br>Douglas M Fisher, Esq.<br>Attorney for Defendant New Jersey Higher Education Student Assistance Authority<br>Solomon and Solomon PC<br>Five Columbia Circle<br>Albany, NY 12203<br>Tel: (518) 456-7200<br>Facsimile: (518) 456-0651 |
| Dated: May 8, 2015 | *[signature]*<br><br>Paul J. Hooten, Esq.<br>Attorney for Defendant Navient Solutions, Inc. f/k/a Sallie Mae, Inc.<br>PAUL J. HOOTEN & ASSOCIATES<br>5505 Nesconset Highway, Suite 203<br>Mt. Sinai, NY 11766<br>Tel: (631) 331-0547<br>Facsimile: (631) 331-2627 |